# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

August 12, 2021

Clerk, U.S. District Court
District of Central District of California, Western Division
312 N Spring St Ste G23,
Los Angeles, CA 90012

Re: Stitch Editing Ltd. v. TikTok, Inc., et al., Case No. 3:21–cv–00626–CAB–BGS

Dear Sir or Madam:

Pursuant to Order, the above–entitled action is transferred to your District.

Please acknowledge receipt on the copy of this letter and return. Thank you.

    Sincerely yours,
John Morrill,
Clerk of the Court

By: s/ A. Hazard, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF_____
AND ASSIGNED CASE NUMBER_____

CLERK, U.S. DISTRICT COURT

By:_____, Deputy