# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:21−cv−00626−CAB−BGS

| | |
|---|---|
| Stitch Editing Ltd. v. TikTok, Inc. et al | Date Filed: 04/12/2021 |
| Assigned to: Judge Cathy Ann Bencivengo | Date Terminated: 08/12/2021 |
| Referred to: Magistrate Judge Bernard G. Skomal | Jury Demand: Plaintiff |
| Cause: 15:1051 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

Early Neutral Evaluation Conference:  Settlement Conference:
Case Management Conference:  Settlement Disposition Conference:
Status Hearing:  Pretrial Conference:
Status Conference:  Final Pretrial Conference:
Mandatory Settlement Conference:  Trial Date:

**Plaintiff**

**Stitch Editing Ltd.**                             represented by   **Andrew D Skale**
                                                                     Mintz Levin Cohn Ferris Glovsky & Popeo PC
                                                                     3580 Carmel Mountain Road
                                                                     Suite 300
                                                                     San Diego, CA 92130
                                                                     (858) 314−1500
                                                                     Fax: (858) 314−1501
                                                                     Email: askale@mintz.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TikTok, Inc.**                                    represented by   **Andrew Edward Schouten**
                                                                     Wright, L'Estrange & Ergastolo
                                                                     402 West Broadway
                                                                     Suite 1800
                                                                     San Diego, CA 92101−7928
                                                                     (619)231−4844
                                                                     Fax: (619)231−6710
                                                                     Email: aschouten@wlelaw.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**TikTok LLC**                                      represented by   **Andrew Edward Schouten**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **TikTok Ltd.** | represented by | **Andrew Edward Schouten** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **ByteDance Ltd.** | represented by | **Andrew Edward Schouten** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **ByteDance Ltd.** | represented by | **Andrew Edward Schouten** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **TikTok LLC** | represented by | **Andrew Edward Schouten** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **TikTok, Inc.** | represented by | **Andrew Edward Schouten** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **TikTok Ltd.** | represented by | **Andrew Edward Schouten** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Stitch Editing Ltd.** | represented by | **Andrew D Skale** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2021 | Ï 1 | COMPLAINT with Jury Demand against ByteDance Ltd.; TikTok LLC; TikTok Ltd.; TikTok, Inc. ( Filing fee $402 receipt number ACASDC−15609802), filed by Stitch Editing Ltd. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A to Complaint, # 3 Exhibit B to Complaint) |

| | | |
|---|---|---|
| | | The new case number is 3:21–cv–626–CAB–BGS. Judge Cathy Ann Bencivengo and Magistrate Judge Bernard G. Skomal are assigned to the case. (Skale, Andrew)(rmc) (Entered: 04/12/2021) |
| 04/12/2021 | Ï 2 | REPORT on the filing or determination of an action regarding patent and/or trademark number(s) *4,742,447* cc:USPTO (rmc) (Entered: 04/12/2021) |
| 04/12/2021 | Ï 3 | NOTICE of Party With Financial Interest by Stitch Editing Ltd. No Parties With Financial Interest. (rmc) (Entered: 04/12/2021) |
| 04/12/2021 | Ï 4 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (rmc) (Entered: 04/12/2021) |
| 05/10/2021 | Ï 5 | WAIVER OF SERVICE Returned Executed by Stitch Editing Ltd., as to TikTok, Inc.. (Skale, Andrew) (anh). (Entered: 05/10/2021) |
| 05/10/2021 | Ï 6 | WAIVER OF SERVICE Returned Executed by Stitch Editing Ltd., as to TikTok LLC. (Skale, Andrew) (anh). (Entered: 05/10/2021) |
| 05/10/2021 | Ï 7 | WAIVER OF SERVICE Returned Executed by Stitch Editing Ltd., as to TikTok Ltd.. (Skale, Andrew) (anh). (Entered: 05/10/2021) |
| 05/10/2021 | Ï 8 | WAIVER OF SERVICE Returned Executed by Stitch Editing Ltd., as to ByteDance Ltd.. (Skale, Andrew) (anh). (Entered: 05/10/2021) |
| 06/11/2021 | Ï 9 | Joint MOTION for Extension of Time to File Response/Reply *to Complaint* by ByteDance Ltd., TikTok LLC, TikTok Ltd., TikTok, Inc.. (Attachments: # 1 Proof of Service)(Schouten, Andrew)Attorney Andrew Edward Schouten added to party ByteDance Ltd.(pty:dft), Attorney Andrew Edward Schouten added to party TikTok LLC(pty:dft), Attorney Andrew Edward Schouten added to party TikTok Ltd.(pty:dft), Attorney Andrew Edward Schouten added to party TikTok, Inc.(pty:dft) (anh). (Entered: 06/11/2021) |
| 06/11/2021 | ì 10 | NOTICE of Party With Financial Interest by ByteDance Ltd., TikTok LLC, TikTok Ltd., TikTok, Inc. . No Parties With Financial Interest. (Attachments: # 1 Proof of Service)(Schouten, Andrew) (anh). (Entered: 06/11/2021) |
| 06/23/2021 | ì 11 | ORDER Granting Joint Motion to Extend Time for Defendants to Respond to Complaint [Doc. No. 9 ]. Signed by Judge Cathy Ann Bencivengo on 6/23/2021. (anh) (Entered: 06/23/2021) |
| 06/23/2021 | ì 12 | ORDER TO SHOW CAUSE Why Case Should Not Be Transferred to the Central District of California. Signed by Judge Cathy Ann Bencivengo on 6/23/2021.(anh) (Entered: 06/23/2021) |
| 07/06/2021 | ì 13 | Joint MOTION for Extension of Time to File *To respond to Order to Show Cause Why Case Should Not Be Transferred to the Central District of California [Doc No. 12]* by Stitch Editing Ltd.. (Skale, Andrew) (anh). (Entered: 07/06/2021) |
| 07/07/2021 | ì 14 | ORDER Granting Joint Motion to Extend Time to Respond to Order to Show Cause [Doc. No. 13 ]. Signed by Judge Cathy Ann Bencivengo on 7/7/2021. (anh) (Entered: 07/07/2021) |
| 07/22/2021 | ì 15 | RESPONSE re 12 Order to Show Cause *Why Case Should Not be Transferred to the Central District of California* filed by Stitch Editing Ltd.. (Skale, Andrew) (anh). (Entered: 07/22/2021) |
| 07/30/2021 | ì 16 | REPLY – Other re 12 Order to Show Cause, 15 Response – Other *Opposition to Plaintiff's Response to Order to Show Cause Why Case Should Not Be Transferred to the Central District of California* filed by ByteDance Ltd., TikTok LLC, TikTok Ltd., TikTok, Inc.. (Schouten, Andrew) (anh). (Entered: 07/30/2021) |
| 07/30/2021 | ì 17 | |

| | | |
|---|---|---|
| | | Minute Order. In light of Defendants' opposition to Plaintiff's response to the Court's Order to Show Cause Why Case Should Not Be Transferred to the Central District of California [Doc. No. 16 ], Plaintiff may file a reply to Defendant's opposition, in writing not to exceed five pages, on or before 8/6/2021. Upon receipt of the reply, the Court will take the matter under submission and issue an order in due course. (ag) (Entered: 07/30/2021) |
| 08/06/2021 | 18 | REPLY – Other re 12 Order to Show Cause *in Response to Order to Show Cause Why Case Should Not be Transferred to the Central District of California* filed by Stitch Editing Ltd.. (Skale, Andrew) (anh). (Entered: 08/06/2021) |
| 08/09/2021 | 19 | ANSWER to 1 Complaint, with Jury Demand , COUNTERCLAIM against All Plaintiffs by ByteDance Ltd., TikTok LLC, TikTok, Inc., TikTok Ltd..(Schouten, Andrew) (anh). (Entered: 08/09/2021) |
| 08/12/2021 | 20 | Case transferred to District of Central District of California, Western Division. Files transferred electronically to: *District of Central District of California, Western Division*.* 312 N Spring St Ste G23, Los Angeles, CA 90012*. Signed by Judge Cathy Ann Bencivengo on 8/12/2021. (Attachments: # 1 Order) (anh) Modified on 8/12/2021 (anh). (Main Document 20 replaced on 8/12/2021) (anh). (Entered: 08/12/2021) |