UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-06636-SB (SKx)                                                        Date: August 31, 2022

Title   Stitch Editing Ltd. v. TikTok, Inc. et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | CS 08/31/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):                     Attorneys Present for Defendant(s):

Andrew Skale                                                           Connor Hansen
Courtney Rockett                                                    J. Michael Keyes
Kara Cormier

**Proceedings:**     **PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH DISCOVERY (ECF 111)**

Hearing held via Zoom video. Case called. Counsel state their appearances for the record. The parties are reminded that recording, streaming, broadcasting, or screen capturing of any kind is prohibited, and that sanctions may be imposed for those found in violation. Court confers with counsel and hears oral argument.

The deposition of Mr. Herman Chou must take place within 7 days from the date of this order at a mutually agreeable location outside of China. If parties cannot agree on location, Mr. Chou must come to the United States. Plaintiff can opt not to depose Mr. Chou. But if it wants to depose him, Plaintiff must pay Mr. Chou's reasonable travel expenses for his deposition in addition to ordinary deposition costs.

Plaintiff's requests for lists of ad agencies and music studios are denied. However, Plaintiff is free to use RFAs to confirm the same information (as previously discussed) if all related discovery can be done before the discovery cutoff.

Plaintiff is ordered to limit the scope of the other requests relating to royalty damages and infringer profits as explained on the record. Defendants must provide the requested information, as appropriately limited in scope, even if they do not maintain or use the requested information as Plaintiff contemplates.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-06636-SB (SKx)                                         Date: August 31, 2022

Title         Stitch Editing Ltd. v. TikTok, Inc. et al

     Privilege logs must be provided for all productions—existing and future—when applicable.

     Documents referenced in hyperlinks from all productions—existing and future—must be produced together with the source document containing the hyperlinks so that the association between parent document and hyperlinked document is maintained.

     Any relief regarding FRCP 37(e) motion for destruction of evidence is denied without prejudice. The associated request for an ediscovery neutral to conduct all necessary searches in Defendants' systems is denied.

     As for compliance with FRCP 26(g), parties must meet and confer by Zoom, with a court reporter present, within 48 hours to properly define what efforts have and should have been made and make timely supplemental collections, searches, and productions, if needed, in accordance with the Federal Rules and Judge Kim's discovery guidelines and ESI checklists. Scope discussion must include custodians, computer systems, data types, and date restrictions, as well as capabilities and limits of data extraction for production purposes. Responses must also be amended to comply with the Federal Rules and to eliminate doubt about what categories of documents are being withheld based on any specific objections. Counsel must certify all responses under Rule 26(g).

     Plaintiff's ad hoc request for balance sheets of TikTok Inc. from the past two years is denied without prejudice. But Defendants must respond to tailored requests for specific line-item financials that can be provided in response to interrogatories, subject to the existing protective order.

     The request for sealing is granted in part and denied in part. The sealing is granted as to information from Mr. John Reggio, Jr.'s deposition and denied as to the deposition transcript for Mr. Michael Buzinover, which must be filed in an unsealed format if parties intend to rely on that transcript for the record.

     Nothing in these orders is intended to dictate whether the discovery cutoff should be extended or not. That will be decided solely by the District Judge on the merits of the parties' requests. Parties are free to seek a stipulated extension if appropriate.

|  | 02:00 |
|---|---|
| **Initials of Preparer** | CC |