MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.
Andrew D. Skale (SBN 211096)
adskale@mintz.com
Randy K. Jones (SBN 141711)
rkjones@mintz.com
Courtney Rockett (*pro hac vice*)
crockett@mintz.com
Kara M. Cormier (*pro hac vice*)
kmcormier@mintz.com
Adam B. Korn (ABN 331133)
abkorn@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STITCH EDITING LTD., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK, INC., TIKTOK LLC, TIKTOK LTD., and BYTEDANCE LTD., <br><br> Defendants and Counterclaimants. | **Case No. 2:21-cv-06636-SB-SK** <br><br> **PLAINTIFF STITCH EDITING LTD.'S NOTICE OF MOTION AND MOTION FOR A FINDING OF CONTEMPT AND FOR SANCTIONS** <br><br> Date: December 2, 2022 <br> Time: 8:30 a.m. <br> Courtroom: 6C <br><br> Case assigned to Hon. Stanley Blumenfeld, Jr., Magistrate Judge Steve Kim <br><br> Complaint filed: April 12, 2021 <br> Trial Date: February 6, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 2, 2022, at 8:30 a.m., or as soon thereafter as the parties may be heard, the Plaintiff in this action, Stitch Editing, Ltd., will move this Court at the United States Courthouse located at 350 West 1st Street, Los Angeles, California 90012, Courtroom 6C, for an Order finding Defendants TikTok, Inc., TikTok LLC, TikTok Ltd., and ByteDance Ltd.'s in Contempt of the Court's August 31 and September 20 Orders and to impose sanctions for discovery misconduct.

This Motion is brought pursuant to Fed. R. Civ. P. Rules 37 and 26 and the Court's inherent powers. This Motion is based on this Notice of Motion and the accompanying Memorandum of Points and Authorities; the Declaration of Kara Cormier filed in support and the exhibits thereto; the Proposed Order submitted herewith; any oral arguments to be made at the hearing on this Motion; and all the other papers, documents, or exhibits on file or to be filed in connection with this Motion.

Pursuant to L.R. 7-3, this Motion is made following the conference of Plaintiff's counsel, Andrew Skale and Kara Cormier, and Defendants' counsel, Michael Keyes and Connor Hansen, which took place via videoconference at least seven days prior to the filing of this motion on October 18 and October 28, 2022. At this conference, the parties thoroughly discussed the substance and potential resolution of the filed motion by videoconference and could not reach a resolution.

Dated: November 4, 2022                    MINTZ LEVIN COHN FERRIS
                                           GLOVSKY AND POPEO, P.C.

                                           By:  /s/ Andrew D. Skale
                                           Andrew D. Skale (SBN 211096)
                                           Courtney Rockett (*Pro Hac Vice*)
                                           Kara Cormier (*Pro Hac Vice*)
                                           Adam B. Korn (SBN 113311)
                                           *Attorneys for Plaintiff Stitch Editing Ltd.*

## **LOCAL RULE 7-3 CERTIFICATION**

I certify that the parties met in person or by videoconference, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part. The parties were not able to resolve this dispute.

                                        */s/ Andrew D. Skale*
                                        Andrew D. Skale (SBN 211096)