UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-06636-SB (SKx)                                                    Date: December 5, 2022

Title   Stitch Editing Ltd. v. TikTok, Inc. et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | CS 12/05/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Andrew Skale | J. Michael Keyes |
| Randy Jones | Connor Hansen |
| Courtney Rockett | Poonam Kumar |
| Kara Cormier | |

**Proceedings:**      **MOTION FOR CONTEMPT AND SANCTIONS (ECF 168)**

　　Hearing held by Zoom videoconference.  Case called.  Counsel state their appearances for the record.  The parties are reminded that recording, streaming, broadcasting, or screen capturing of any kind is prohibited, and that sanctions may be imposed for those found in violation.  The Court hears oral argument from counsel.

　　The Court finds Defendants' discovery conduct to be in violation of their duties prescribed by the Federal Rules of Civil Procedure 26(a)(1), (f), (g), 30, and 34.  Thus, monetary sanctions are warranted.

　　For the conduct relating to Herman Chou's deposition, Defendants' are responsible for Plaintiff's costs in meeting and conferring about Chou after Defendants' objected, the time spent doing the deposition, and any other costs associated with the deposition.

　　By Friday, December 9, Plaintiff will submit a declaration detailing the time spent on the discovery matters leading to Defendants' violations, including, but not limited to, time spent meeting and conferring, briefing the informal discovery conferences and motions to compel, time spent at the IDC and MTC hearings, and subsequent hearings held to comply with the orders of the Court.  Plaintiff may also explain in their declaration, and submit documents relating to, their time spent preparing a Rule 56(d)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-06636-SB (SKx)                                     Date: December 5, 2022

Title   Stitch Editing Ltd. v. TikTok, Inc. et al

declaration for their motion for summary judgment.  Plaintiff is not entitled to costs borne from this pending motion and hearing.  By Tuesday, December 13, Defendant may submit an optional reply.

     Separate from the monetary sanctions ordered above, by Friday, December 9, Defendants must respond to Plaintiff's Requests for Admissions relating to its approximately 725 existing ad agency and music label clients.  By the same deadline, Defendants must also provide Plaintiff with the assets and liabilities for TikTok Inc.

|  | 01:50 |
|---|---|
| **Initials** of Preparer | CC |