JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA,
# WESTERN DIVISION

| | |
|---|---|
| STITCH EDITING LTD., | Case No. 2:21-CV-06636-SB-SK |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| TIKTOK INC., TIKTOK LLC, TIKTOK LTD., and BYTEDANCE LTD., | |
| Defendants. | |

Pursuant to the March 9, 2023 jury verdict and Stitch Editing Ltd.'s ("Stitch Editing") voluntary dismissal with prejudice of TikTok LLC and TikTok Ltd., entered on February 28, 2023, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Final judgment is entered in favor of TikTok Inc., TikTok LLC, TikTok Ltd., and ByteDance Ltd. and against Stitch Editing on all of Stitch Editing's claims: federal trademark infringement, federal unfair competition, California common law unfair competition, and unfair competition under the California Bus. & Prof. Code § 17200 et seq. Stitch Editing shall recover nothing on any of its claims.

It is further ORDERED that pursuant to the Court's November 15, 2022 order granting in part and denying in part the parties' joint motion for summary judgment, Defendants' counterclaim for cancellation of Stitch Editing's registered STITCH EDITING mark is dismissed on the merits with prejudice.

**IT IS SO ORDERED.**

Dated: March 14, 2023

Stanley Blumenfeld, Jr.
United States District Judge